799 A.2d 1289

IN THE MATTER OF JEFFREY M. RIEDL,
AN ATTORNEY AT LAW.

July 3, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–01–402, concluding that **JEFFREY M. RIEDL** of **WYCKOFF**, who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b)(pattern of neglect), *RPC* 5.3(b)(failure to supervise nonlawyer assistant), *RPC* 1.15(d) and Rule 1:21–6 (recordkeeping), and good cause appearing;

It is ORDERED that **JEFFREY M. RIEDL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.